**WO** NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Jones, as surviving spouse on behalf of the Estate of Joseph Cook,<br><br>    Plaintiff,<br><br>vs.<br><br>Unites States of America,<br><br>    Defendant. | No. CV 06-2359-PCT-EHC<br><br>**ORDER** |

*Defendant's Motion to Dismiss* ("Motion to Dismiss") (Dkt. 19), filed on May 16, 2007, alleges that Plaintiff has failed to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and that the Court lacks subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1). The United States relies on the assumption that Plaintiff's claim is a "wrongful death" tort claim that does not meet the requirements of the Federal Tort Claims Act nor meets the limitations period for a tort claim against the United States pursuant to 28 U.S.C. § 2401(b).

Plaintiff argues she has filed a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, (Dkts. 1, 22), and that she has complied with the requirement of filing her charge with the Equal Employment Opportunity Commission under 42 U.S.C. § 2000e-5(f)(1). (Dkt. 1, ¶ 2). Plaintiff Jones, Joseph Cook's wife, alleges her husband was employed by the Fort Defiance Indian Health Service hospital in Fort Defiance, Arizona, and

1  was "the victim of discrimination with respect to his compensation, terms, conditions, and
2  privileges of employment, because of [] his race, color and national origin." (Dkt. 1, ¶ 7).
3  Plaintiff alleges that, as a result, Cook suffered damages, including severe emotional harm,
4  which culminated in his suicide. (Dkt. 1, ¶ 9).

5      The United States does not mention the Title VII claim in its Motion to Dismiss, and
6  supports its motion by treating Plaintiff's suit as a tort action.  The Motion to Dismiss is
7  inapplicable to Plaintiff's allegations.

8      Accordingly,

9      **IT IS ORDERED** that the Motion to Dismiss (Dkt. 19) is **denied.**

12      DATED this 25th day of March, 2008.

_____
Earl H. Carroll
United States District Judge